## IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **Regina Bender,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | No. 12 C 9000 |
| ) | |
| **Zimmer, Inc., et al,** ) | Judge Rebecca R. Pallmeyer |
| ) | |
| ) | |
| **Defendants.** ) | |

### ORDER

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(I), the above cause is dismissed without prejudice and without costs.

ENTER:

Dated: November 24, 2014

_____
REBECCA R. PALLMEYER
United States District Judge